

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Christian Newby<br><br>    Defendant. | Case No: 19-cr-20472<br>Hon. Avern Cohn<br>Violations:<br>18 USC 1343<br>18 USC 1028(a)(1)<br>18 USC 922(g)(3) |

## WAIVER OF INDICTMENT

I, Christian Newby the defendant in this case, understand that I am being charged with the following felonies: Count One: Wire Fraud, in violation of 18 U.S.C. § 1343, Count Two: Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(a)(1), and Count Three: Unlawful User of a Controlled Substance in Possession of Firearms and Ammunition, in violation of 18 U.S.C. § 922(g)(3).

I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury.



FILED
JUL 18 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

_____
Penny Beardslee
Counsel for Defendant

Date: 7/18/19

_____
Christian Newby
Defendant

Date: 7/18/19