UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Christian Newby,

        Defendant.

Case No. 19-cr-20472

Honorable Avern Cohn

_____

**SECOND NOTICE REGARDING
ADMINISTRATIVE FORFEITURE**
_____

On or about July 15, 2019, the United States filed a felony Information charging Defendant Christian Newby ("Defendant") with Count One, Wire Fraud in violation of 18 U.S.C. § 1343; Count Two, Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1); and Count Three, Unlawful User of Controlled Substances in Possession of Firearms and Ammunition in violation of 18 U.S.C. § 922(g)(3) (ECF No. 1).

The Information included a forfeiture allegation setting forth that upon conviction of the offense in violation of 18 U.S.C. § 1343, Defendant shall forfeit to the United States, under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable

to the Defendant's fraud scheme. The forfeiture allegation specifically identified certain property for forfeiture. (ECF No. 1, p. ID 7-8).

In or about March and June 2019, the United States Secret Service (USSS) initiated administrative forfeiture proceedings against the following property seized in connection with this action:

1. United States currency seized in or about January and February 2019:
    a. $12,000 in U.S. Currency seized on or about February 4, 2019;
    b. $50,465.00 in U.S. Currency seized on or about February 7, 2019;
    c. $60,580.00 in U.S. Currency seized on or about February 3, 2019;
    d. $22,200.00 in U.S. Currency seized on or about February 13, 2019;
    e. $51,800.00 in U.S. Currency seized on or about January 31, 2019;
    f. $10,000.00 in U.S. Currency seized on or about February 7, 2019; and
    g. $1,570.00 in U.S. Currency seized on or about January 31, 2019.

2. Funds seized from the following accounts:
    a. $3,590.72 from University of Michigan Credit Union Account #8002017534 in the name of Kyle Hopper;
    b. $5,798.20 from Chase Bank Account #228109218 in the name of Christian Newby;
    c. $3,362.03 from Metabank Account #50618690387 in the name of Julius Woolfork;

    d. $3,321.01 from American Express National Bank Bluebird Account #6220098105529 in the name of Christian Newby;

    e. $2,458.82 from American Express National Bank Serve Account #6210098105496 in the name of Christian Newby;

    f. $4,894.37 from Huntington National Bank Account #02773679326 in the name of Christian Newby; and

    g. $1,794.65 from PayPal account #2146357371034079165 in the name of Julius Woolfork.

3. Miscellaneous jewelry, including:

    a. Gents Stainless Steel Rolex Oyster Perpetual Air-King Wristwatch with Sapphire Crystal, White Sport Dial with Smooth Hi-Polished Steel Bezel, 34 mm case; and

    b. Gents Stainless Steel Rolex Oyster Perpetual Date Wristwatch on a Steel Oyster Bracelet with Smooth Hi-Polished Steel Bezel and Black Dial, 34 mm case.

4. Miscellaneous gold, including:

    a. 1985 1oz Gold Maple Coin;

    b. 1985 1 oz Gold Maple Coin;

    c. 1985 1 oz Gold Maple Coin;

    d. 2014 1 oz Gold Krugerand Coin; and

    e. 1976 1 oz Gold Krugerand Coin.

(collectively, the "Subject Property"). USSS approved administrative forfeiture of all of the Subject Property on or about August 9, 2019.

    The United States provides notice to the Court and to Defendant that the United States will not seek a judicial forfeiture order for the Subject Property

because it has already been forfeited administratively by USSS; therefore, judicial forfeiture of the Subject Property is not necessary.

                                              Respectfully submitted,

                                              MATTHEW SCHNEIDER
                                              United States Attorney

                                              <u>Adriana Dydell</u>
                                              ADRIANA DYDELL
                                              Assistant United States Attorney
                                              211 W. Fort St., Suite 2001
                                              Detroit, MI 48226
                                              (313) 226-9125
                                              adriana.dydell@usdoj.gov
                                              CA 239516

Dated: August 13, 2019

## ***CERTIFICATION OF SERVICE***

I hereby certify that on August 13, 2019, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

Adriana Dydell
ADRIANA DYDELL
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9125
adriana.dydell@usdoj.gov
