UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 19-20472
        Hon. Gershwin A. Drain

Christian Newby,

        Defendant.
_____/

## STIPULATION TO ADJOURN SENTENCING

It is hereby stipulated by and between the above Parties, through their respective counsel, as follows:

1. Counsel for the Government and for Defendant Newby are requesting that the January 28, 2020, sentencing be adjourned.

2. Because of a jury trial scheduled to last approximately 8 weeks, the parties are requesting that the sentencing be continued for a period of approximately 90 days, to April 28, 2020.

The parties respectfully request that the sentencing be adjourned until April 28, 2020.

Respectfully Submitted,

| | |
|---|---|
| /s/ Robert J. White_____ | Penny R. Beardslee (w/ consent) |
| Assistant United States Attorney | Penny R. Beardslee |
| United States Attorney's Office | Attorney for Christian Newby |
| 211 W. Fort Street, Suite 2001 | Federal Community Defender |
| Detroit, MI 48226 | |
| 313-226-9100 | |
| Robert.white@usdoj.gov | |

DATED: January 16, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 19-20472
        Hon. Gershwin A. Drain

Christian Newby,

        Defendant.
_____/

## ORDER ADJOURNING SENTENCING

Pursuant to the attached stipulation:

**IT IS HEREBY ORDERED** that Defendant Newby's sentencing is adjourned to April 28, 2020.

Dated: January 22, 2020         s/Gershwin A. Drain
                                        GERSHWIN A. DRAIN
                                        United States District Court Judge