UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 19-cr-20472
                                      Honorable Gershwin A. Drain

v.

CHRISTIAN NEWBY,

        Defendant.
_____/

## INDEX TO EXHIBITS

Exhibit "A" – Character Letters

Exhibit "B" – Letter from Christian Newby