The Honorable Gershwin Drain
US District Court Judge
231 W. Lafayette Blvd.
Detroit, MI. 48226

September 9, 2020

Your Honor,

This letter is in regard to my son Christian A. Newby.   Christian has always been very smart.   He did very well in school until he got in with the wrong crowd. Unfornatually, following the crowd, he got into some trouble.This made him stumble and fall, even though I raised him in a christian household with a strict upbringing.

Christian is a wholesome person with a loving heart, he just got messed up in some bad situatuions that he created for himself. Before he new it, he was over his head in trouble.   It actually is a good thing that he got arrested, because this stopped the wrong doing immediately.   So now he can not use the computer which keeps him from doiing illegale activity.And he is unable to access drugs, thus has sobered up.   It is so wonderful to have my son act as my son.... after years of this forienier overtaking his body.

I feeel it    would be good for Christian to go through some kind of rehabilitation program, so he can learn about his problem while he is sober and learn how to NOT fall back into this same situation..   It would also be wonderful if he could go through some sort of carrier development program    so that when he is released he will have a trade to use to support himself and become a good member of socity.

We have a very small family and Christian is the only male in the family, besides my sister's husband. Christian is smart and knows how to fix about anything, and if he doesn't know, he will figure it out, just like my dad... who had a big infulance on him.

We family membetrs that are left are all not healthy indibviduals.   We are sickly, and not getting any younger nor bettter.   We really are in need of Christian to be here to help support the family financally and with all the work.   Up keep is so diffictut for us, but thankfully has never been for my son Chriatian Newby.

I ask that you please take this into consideration in when sentencing him, so that he can return to us as quickly as possible. We really do need him.   It is very hard to survive out here without him.

Respectfully,

Karen Newby                                                                                                               Mother of
Inmte Christian A. Newby

The Honorable Gershwin Drain
US District Court Judge
231 W. Lafayette Blvd.
Detroit, MI. 48226

Aug 29 2020

Your Honor,

This letter is in regard of my nephew Christian A. Newby. I am married to his Aunt Linda, and his mother, Karen Newby, is my sister-in-law. I grew up in NJ and met Linda in 1994 while I was working as a contractor at Park Davis in Ann Arbor. I moved to Toledo in 1995 and we got married in June of that year. I worked in Toledo until 2004 when I opened a cigar shop in Monroe, MI., which I ran until I sold it in 2017. I also have been a volunteer musician at Redeemer Fellowship in Monroe for the past 24 years.

The first time I met Christian was also the first time I met Linda's family. It was shortly after we started dating and it was at Christian's kindergarten graduation in 1994, I believe he was 6 at the time. About a year later, Linda and I got married and Christian was the ring bearer at our wedding. Being that his mom was a single parent, we did as much as we could to be a part of his life and be a positive influence.

When Christian was young, we would often take him on weekends. We knew it was hard for his mom both financially and physically, being a single parent. We would always try to find fun things to do with him like going to arcades, amusement parks, etc. We also took him on vacation with us many times. One of those trips was to the east coast. When he was about 12, we took him to New York City and enjoyed going to Times Square, The Empire State Building, Little Italy and China Town. After a few days we went to the Jersey shore, which was his first time to see the ocean. We had fun body surfing and riding the amusements on the boardwalk. We also enjoyed a trip to the Upper Peninsula and to Myrtle Beach. He would often come to church with us also.

Christian was a huge help to me when I was doing the build-out for my cigar shop. There was much work to be done and he was more than eager to help me. We had to construct a walk-in humidor and I could not have done it without him. Christian has always been willing to help us. We have moved a couple of times in my 24 years in the Monroe area and he was always there for us. After my father-in-law passed in 2017, Christian was a huge help to my mother-in-law. He would fix things and do general maintenance that needed to be done. In the summer of 2018, he helped me clear the old pasture on my mother-in-law's property that had been overgrown for the last 20 years or so.

As a family, we sat in your courtroom and watched Christian plead guilty. It was a horrible thing, to see a person you love, plead guilty to the things he had done. I can't help but feel my wife and I had a small part in raising him. We spent a lot of quality time with him traveling, talking, working and even church. Christian is very smart, caring, creative and loving. He can figure out about any task he faces and will work hard to accomplish it. He is always willing and eager to help anyway he can. While he had many loving people around him growing up, even with male influences like myself and my late grandfather, it still has to be hard not having a dad. I respectfully ask you, Judge Cohn, to be lenient with Christian when you sentence him. I feel he has great potential to be a positive member of society.


Respectfully,

Mark Andreoli

The Honorable Gershwin Drain
US District Court Judge
231 W. Lafayette Blvd.
Detroit, MI. 48226

Aug 29 2020

Your Honor,

This letter is in regard to my grandson Christian A. Newby. He is the son of my daughter, Karen. He and his mother came to live with my husband and I when he was six weeks old and stayed with us until he was 12. It was during this time that Christian's father left the family, Christian was about six months old when that happened. In court his father gave up all rights to Christian.

My daughter and Christian then stayed at our house and we converted our garage into an apartment for them. Then when Christian was 12 his mother bought a home nearby. Christian lived there until he left home when he was around 16. He moved in with a friend in a nearby city. He would often come back and live with us intermittently.

After my husband died in 2017, Christian lived in my home more regularly. During this time and when he was a child, he always treated me well and never spoke an unkind word to me. He constantly worked around the house and on the property making repairs and improvements. He was a great comfort to me and I enjoyed having him close by.

What Christian did was wrong and I know he is being held accountable. My prayer is that this experience will help him change direction. I pray that the Lord will help him do this. We did our best to love and care for him. He had an uphill battle from the beginning. He has a kind heart and is without malice. I ask that you please take all of this into consideration in his sentencing so that he can return to us as quickly as possible.

Respectfully,

Carolyn Hoyt

Christian Newby



September 18th, 2020

The Honorable Gershwin A. Drain
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Drain,

I am writing to you today in regards to Christian Newby. My name is Lorell Thompson and I am design assistant at Jones-Keena interior design firm. I have worked in my field for seven years and have been with my firm for one year. I grew up in Monroe and attended college at the International Academy of Design in Troy, Michigan. Christian and I met in high school when we were sixteen. We met through mutual friends and formed a fast bond together. Christian has been my first and longest long-term relationship lasting over twelve years. From the moment I met Christian, I knew I loved him and he quickly became apart of our family. Christian is an only child and grew up with his elderly grandparents. I have always felt he became so close to us because he enjoyed our family dynamic and because it was so different from his own.

Christian and my sister, Breanne, formed a very close bond as well. Breanne became the sibling he never had, and he always was there to care for and protect her. Christian also grew up with a single parent, his mother, Karen, and even though he had his grandfather in his life, he never really had a strong father figure. When Christian met my father the two really got along. They had similar interests in cars, classic rock, sports, and both enjoyed fixing and tinkering with things in the garage. He formed a bond with my father that is not unlike the bond he would have formed with his own father, had he been a part of his life. I have always been happy and thankful that he was able to experience that.

Since Christian was so close and comfortable with my family it helped me to build a better bond with my sister and parents and I will forever be grateful to him for that. Once Christian and I met, we were inseparable, and he has always been a part of my life from that moment on. I do not have too many memories from my young adulthood that do not include him.

He was always with us on our family vacations, like when we would go to our cabin in northern Michigan. My parents generously brought him along when we went on a cruise to the Caribbean. For the holidays we would combine our two families, spending numerous thanksgiving dinners and Christmas celebrations together at his grandparent's home.

When we were younger went to football games, school dances, parties, and concerts together. Christian has always been affectionate and kind towards me. He is someone I could depend on. After high school, I studied Interior Design at a private art school. He was very supportive of my studies and every endeavor afterwards. He would stay up late nights with me to help me study for an exam or finish a project I had been procrastinating on. I honestly do not know if I would have been able to graduate with honors if it had not been for his help. While in college Christian and I moved into the home that I had inherited from my maternal grandfather. The house was in rough shape after years of neglect. Christian was the perfect handyman. Christian and I did our best to remodel the house with our limited budget. He helped with painting, replacing doors and windows. He cleaned the gutter and mowed the lawn. He would troubleshoot the problem and come up with a creative solution to fix it. He has always been a critical thinker. If anything, broke, like the washer, he would research how to fix it and do all the work himself. He even replaced our water heater himself.

Christian took shop in high school and always maintained my car for me, he would change the oil, make sure I had the proper amount of air in my tires and even rotate them for me. He did these favors for me out of the kindness of his heart. Through all our years together, Christian has never once asked for anything in return. Christian has always been trustworthy, dependable, and generous. We hardly ever fought or argued as a couple. He was never a jealous boyfriend or abusive in any way. Christian has supported me with love and kindness. We traveled together on many vacations. My favorite being the trip we took to Toronto for my 27th birthday. Christian booked everything without me knowing and surprised me. He knew I had been wanting to visit Toronto for some time and it was a very thoughtful of him. We had so much fun exploring the city. We enjoying site seeing, shopping and extravagant dinners. We ate at the rotating restaurant on top of the CN tower. That trip was very special for me and I still hold it as one of my fondest memories.

Christian Newby

What lead me to end my relationship with Christian was his dependency on drugs. Ending my relationship with him was one of the hardest decisions I have ever made. Christian has always struggled with his drug addiction. He broke his foot in his early 20's and instantly became addicted to proscription pain medication. He struggled on and off for years with drugs. I believe his addiction contributed to his decision to commit his crimes. He was not in his right frame of mind. The Christian I know, and grew up with, would never behave in this manner. Christian was not only in possession of drug but also weapons. It is very important for you to know that he is not a violent person. His drug dependency had completely changed his personality and made him loose touch with reality. His obsession with the dark web, which is how he accessed his drugs and weapons, made these things easily accessible to him. His loss of reality took these curiosities and interests to the extreme. Without access to the dark web internet I believe Christian would not have gotten so out of control.

Now that Christian has become sober while incarcerated, his mind is a lot clearer. Speaking with him now, is like speaking to the Christian that I know and love. Through our conversations he has expressed remorse for his actions. This punishment has impacted both mentally and physically on him. I am completely devastated by the choices Christian has made. While I do not agree with the path he has chosen, I will continue to support him with love and compassion. This letter has not been easy for me to write. Trying to convey to someone what our relationship has meant to me is indescribable. Christian is a loving and caring man. When determining Christian's sentence, I beg you, to return the same generosity that Christian has bestowed upon me and his loved ones. Thank you.

Sincerely,

Lorell Thompson



August 1, 2020

The Honorable Gershwin Drain
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Drain,

I am writing today on behalf of Christian Newby. My name is Breanne Thompson and I am a family service worker for the county of Cheboygan employed by Northeast Michigan Community Service Agency. I have lived in Indian River serving families as a social worker for the past five years. Previous to living in northern Michigan, I grew up with Christian in Monroe and attended college at Eastern Michigan University. Christian came into my life when I was only thirteen years old. I am now thirty. He was my older sister, Lorell's, first long-term relationship lasting over twelve years. From the moment I met Christian, I loved him for my sister and he quickly grew into our family. I am unsure at which point I began to consider him a brother, but I can tell you, regardless of my sisters relationship status with Christian, I will always consider him family and continue to love and support him.

As a younger sibling, I always looked up to my sister. Christian and my sister are two and a half years older than I am. As an adult, the age difference is insignificant but, as a young teenager, I could not have been a bigger pest to my sister. She did not want to share clothes or spend time with me. When Christian came into Lorell's life, her decision to spend more time with me evolved in what I believe to be in part, due to Christian. Christian often defended my presence and showed me compassion whenever my sister did not. Christian has always been someone I can depend on. In the early years of our relationship, Christian drove my sister and I to school so that we did not have to ride the bus, which at the time seemed like social suicide. Even after my sister graduated, Christian still went out of his way to give me rides as much as possible both school related and otherwise. Never did he ask me for gas money or show annoyance if it bothered him. He did these favors for me out of the kindness of his heart. As we grew older, Christian's generosity continued. As a single woman living alone, I often needed Christian to help with household duties; he once drove forty five minutes and tore apart my kitchen sink to fix a clogged pipe so I wouldn't have to call a plumber. He has changed my vehicles oil and provided maintenance to my vehicles several times. Christian was one of the few people I trusted to take care of my cat when I frequently went out of town. Through all of our years together, Christian has never once asked for anything in return. Christian has always been trustworthy, dependable, and generous. In addition to all of the kindness Christian has supported me with, we have spent a lot of quality time together. We have embarked on several vacations together, combined our two families during holiday celebrations, and briefly lived together. Through these experiences with Christian, I have learned that it is not only our families

who have benefited from Christian's benevolence. He treats the people of his community with respect and generosity, too.

As a professional working with young children and their families, I have studied how adverse childhood experiences affect the brain's development. In my years knowing Christian, I have learned about his experiences as a child. Christian is someone who would be considered to have a high amount of adverse childhood experiences. Christian grew up in a single parent home to divorced parents; his father incarcerated several times throughout Christian's life. Christian's mother suffers from mental illness; his grandparents gained custody of him due to his mother's hoarding. The developing brain of a child with a high ACE score, has less gray matter in the prefrontal cortex related to decision-making and self-regulatory skills, as well as the amygdala; the fear-processing center. While there are many other consequences of high ACE's, it is in my professional opinion that the areas of decision making and self-regulation are areas in which Christian needs improvement in and partially contribute to his decision to commit his crimes as well as his drug use. While Christian was a drug user in possession of weapons, I do think it is very important for you to know that Christian is not a violent person. I feel his addiction to drugs led to an addiction of the dark web; the way he accessed his drugs. The access to virtually anything online sparked his curiosity of explosives and firearms. Many American's admire fireworks and the legal right to carry. Christian's addiction took these curiosities to the extreme.

Christian was a resilient child and I believe he will be a resilient adult. Through our many phone calls while Christian has been incarcerated, he has expressed remorse for his mistakes and has been both mentally and physically impacted by their punishment. I can speak for my entire family when I say that we are devastated Christian has made choices we cannot agree with. While I do not agree with the path Christian has chosen, I will continue to provide him with love, support, and compassion when he needs it the most both while incarcerated and upon his release. In determining Christian's sentence, it is my plea to you, to return some of the generosity to Christian, that he has given to so many others.

Sincerely,


Breanne Thompson FSW

The Honorable Gershwin Drain
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, Mi. 48226

Aug 29 2020

Dear Judge Drain

I am writing in regard of my nephew Christian A. Newby. I am the sister of his mother, Karen. I and my family have lived in the Monroe area since my father's parents moved up from the Youngstown, Ohio area and my mother's parents moved up from Tennessee. I work in Wyandotte as the stroke program manager for Henry Ford Wyandotte Hospital. I am responsible to see that the hospital meets certification requirements and provides safe and excellent care to patients who come to our emergency department with stroke symptoms or have experienced a stroke. I am also a Chief in the Navy Reserve, and will be retiring soon. Thank you for taking to time to read this letter.

I held Christian shortly after his birth and have always had a special bond with him. Unfortunately, his biological father had mental health and addiction issues. When Christian was about six months old, this father signed legal papers giving up all rights to Christian and then he left. As a family we did all we could to assist him and his mother, now a single parent overcoming the devastation of the loss of her marriage.

My parents converted their attached garage into an apartment and my sister and Christian lived there until he was about 12 and his mother bought a house near-by. My father and my husband were role models for Christian. My husband and I (we do not have kids) took him on summer vacations with us to give him experiences and take him places my sister could not afford to. We built memories of tobogganing at a refrigerated toboggan run in Indiana, fireworks at Myrtle Beach, and driving through northern Michigan looking for moose while trying to avoid hitting the monarch butterflies that were in the air like leaves falling from the trees.

As much as we tried to be positive influences, there was also a sense that he would have an up-hill battle in life. In spite of that he was always kind, polite and responsive to us. Since he lived near my parents, he would often go there and help with tasks around the property. He loved pets and did not have a mean bone in his body. He eventually moved in with his girlfriend and she became part of the family, sharing holidays and special occasions.

I was in the courtroom with my husband, sister, and mother when Christian entered his guilty plea. As a family it was very difficult. Heart-breaking for me to Christian, now a young man, who had a special early bond with me, and who we took with us for summer get-a-ways, standing before you in a court of law. I humbly request your consideration for a lenient sentence, one that would reduce the amount time Christian would spend potentially influenced by co-inmates who have learned how to navigate the system. I believe he has great potential to contribute in positive ways in society given his ingenuity and intellect. He is innovative, creative, and resourceful. Our request for as short a sentence as possible may help to limit the amount of prison-think influence and assist with reintegration into society. That and our prayers for Godly influence seem to be keys to turn him around.

Thank you for your consideration.

Linda J Andreoli