# Penny Beardslee

| | |
|---|---|
| **From:** | NEWBY CHRISTIAN A (57224039) |
| **Sent Date:** | Thursday, May 21, 2020 12:20 PM |
| **To:** | penny_beardslee@fd.org |
| **Subject:** | Letter to Judge Drain |

Dear Honorable Judge Drain,

   I wanted to write you today to give you a better idea of who I am, and what brings me to this situation in my life.  I grew up mostly with my grandparents who cared very much for me.  In middle school I attempted to live alone with my mother.  She is single and has some emotional problems as well as being a compulsive hoarder.  By my early teens I could not deal with living alone with her in the squallier her home had become, so I moved back to my grandparents home.  They did their best to teach me right from wrong and instill good morals in me.  They taught me to trust in Jesus Christ and we attended church services every week.  My mother, my aunt and uncle, and my great aunt were also present for my upbringing.  That family along with my girlfriend, her parents, and her sister will be providing me a strong support system when I am released.

   I began using drugs and alcohol in my teens.  I changed the substance several times but remained addicted to one thing or another until my arrest last year.  I was able to complete college and held full time employment until my late 20's when I started using meth.  I would buy methamphetamine and amphetamine powder and put the substances into capsules that I would take orally.  The amphetamines clouded my judgment and blurred my perception of reality more than ever.  I could no longer hold a job.  This is how I became involved in credit card fraud.  It provided me more than enough money to survive and to feed my addiction.  I would like to stress the fact that I have never sold drugs, my role with drugs has always been as a user. I have been clean since my arrest.

   Now that I am sober and clear headed I understand that the fraud I was doing had an impact on many people.  Their is no way to justify it.  It was wrong and immoral.  I also understand that it was a very poor decision of mine to collect weapons, doing so was potentially dangerous with me being a drug user at the time.  However, I would like to add that none of the weapons I possessed were ever used to intimidate, scare, or threaten anyone.  I have had an interest in, and collected knives and weapons since I was a child.  I would build my own fireworks and used to blow up things like tree stumps and pumpkins out in the woods at my grandparents property.  I understand that now I have lost my right to bare arms and collect such items.

   This is my first time being incarcerated for any length of time, and it has been hard for me.  I do not fit in in jail.  I'm not violent, I'm not in a gang, and I don't have any tattoos.  I miss my family very much.  Every day I'm loosing precious time that should be spent with them.  My grandmother and my great aunt are in their 80's and my mother has several ailments.  I need to be there for them and provide them assistance with daily tasks and trips to the doctor, etc.  I think my rehabilitation is better suited outside prison, where I can work and rely on the support of my family.

   I am truly remorseful for my actions.  I demonstrated this by being open and honest with federal investigators during three lengthy debriefings.  I have already learned my lesson.  I have no desire to return to the type of life that brought me into such trouble.  I will continue to keep you and everyone else who is involved in my case in my prayers.  Thank you for your time Your Honor.

Sincerely,
Christian Newby